United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARICELA GUADALUPE MERIDA MARCOS, §
§
§
Petitioner, §
§
VS. § CIVIL ACTION NO. 4:26-1477
§
WARDEN, MONTGOMERY §
PROCESSING CENTER, *et al.* §
§
Respondents. §

## ORDER OF DISMISSAL

On May 19, 2026, the respondents filed a notice of intent to remove the petitioner. The respondents have now filed a status report (Dkt. 9) stating that the petitioner was removed from the United States on May 29, 2026, after the Court's five-day notice period elapsed.

Because the petitioner is not in the respondents' custody, this habeas action is **DISMISSED** without prejudice as moot

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ June 10 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1